UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY MCGEE,
a/k/a "Touch,"

Defendant.

~~[Proposed]~~ Bail Modification Order

22 Cr. 352 (JSR)

The Court hereby finds and orders as follows:

1. The defendant's conditions of pretrial release set on or about August 23, 2022, and amended on or about March 14, 2023, shall be modified as set forth below:

    a. The defendant shall reside at 115 Prospect Street, Staten Island, New York, 10301.

    b. The defendant shall not visit or reside at 308 South 11th Street, Newark, New Jersey, unless authorized to do so in advance by Pretrial Services.

    c. The defendant shall abide by the terms of any state no contact order or any other court orders issued in his New Jersey state case.

2. All other conditions of the defendant's pretrial release shall remain in effect.

Dated: New York, New York
       July 11, 2023

SO ORDERED:

_____
Honorable Jed S. Rakoff
United States District Judge
Southern District of New York