```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :   22-cr-352 (JSR)
        -v-                         :
                                    :   ORDER
ANTHONY MCGEE,                      :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.:

The Court has received another *pro se* motion for sentence reduction from defendant Anthony McGee. His motion will be placed on the docket concurrently with this Order. McGee moves to reduce his 60-month sentence to time served under 18 U.S.C. § 3582(c)(1)(A). However, in his motion, McGee raises no new or cognizable grounds for release. McGee's motion for compassionate release is therefore denied.

SO ORDERED.

Dated:  New York, NY
        May 21, 2025                    _____
                                        JED S. RAKOFF, U.S.D.J.

1